11 So.2d 166

**Manson CAMPBELL v. STATE.**

5 Div. 165.

Court of Appeals of Alabama.
Nov. 24, 1942.

Wm. N. McQueen, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

5 So.2d 842

**Claude CANNON v. STATE.**

6 Div. 752.

Court of Appeals of Alabama.
Dec. 16, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

3 So.2d 917

**Curtis CANTRELL v. STATE.**

6 Div. 736.

Court of Appeals of Alabama.
May 13, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

3 So.2d 917

**John CARDEN v. STATE.**

7 Div. 610.

Court of Appeals of Alabama.
June 10, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

8 So.2d 898

**Louie CARPENTER v. STATE.**

7 Div. 276.

Court of Appeals of Alabama.
June 9, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

4 So.2d 921

**C. A. CHAMBERS v. STATE.**

3 Div. 833.

Court of Appeals of Alabama.
Feb. 18, 1941.

Rehearing Denied June 24, 1941.

626

C. A. Chambers, pro se.
Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

11 So.2d 167
Chas. Aubrey CHAMBERS v. STATE.
6 Div. 898.

Court of Appeals of Alabama.
May 19, 1942.

Rehearing Denied June 23, 1942.

Chas. Aubrey Chambers, pro se.
Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

8 So.2d 899
Jim CHANDLER v. STATE.
7 Div. 688.

Court of Appeals of Alabama.
June 9, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

5 So.2d 842
Houston CHANNELL v. STATE.
6 Div. 780.

Court of Appeals of Alabama.
Dec. 16, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

8 So.2d 899
Mrs. Ruth CHAPMAN, alias Hicks, v. STATE.
6 Div. 849.

Court of Appeals of Alabama.
May 12, 1942.

Edw. de Graffenried, of Tuscaloosa, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

5 So.2d 843
Marvin Alee CHARLES v. STATE.
7 Div. 662.

Court of Appeals of Alabama.
Dec. 16, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.